**Electronically Filed
Supreme Court
SCWC-24-0000695
21-MAY-2025
10:15 AM
Dkt. 32 ODAC**

SCWC-24-0000695

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————————————

JARED JAMES,
Petitioner/Plaintiff-Appellant,

vs.

PATRICK J. O'DONNELL, MD; SUSAN TAN, MD;
SELENA PETERS, MD; MERLA TAKENAKA, RN;
KAPIʻOLANI MEDICAL SPECIALISTS;
KAPIʻOLANI MEDICAL CENTER FOR WOMEN & CHILDREN;
and HAWAIʻI PACIFIC HEALTH,
Respondents/Defendants-Appellees.

———————————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000695; 1CCV-21-0000683)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Devens, JJ.,
and Circuit Judge Drewyer, in place of Ginoza, J., recused)

Petitioner's application for writ of certiorari, filed on April 7, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 21, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Michelle L. Drewyer

